CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2011 SEP 16 AM 11: 19
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TYRONE RADALE SHEPARD, | § | |
| Petitioner, | § | |
| v. | § | 2:09-CV-095 |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus. On August 19, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied. On September 6, 2011, petitioner filed a document entitled "Consent to Proceed Before a Magistrate Judge," in which petitioner appears to contest whether the Magistrate Judge possessed the jurisdiction to issue the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of ____September____ 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE